

**ORDERED in the Southern District of Florida on January 9, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| IN RE: | Case No. 16-20516-AJC |
| | Chapter 7 |
| PROVIDENCE FINANCIAL INVESTMENTS INC. | (Jointly Administered) |
| and PROVIDENCE FIXED INCOME FUND, LLC | Case No. 16-20517-AJC |
|     Debtors. | |
| _____/ | |
| MARIA YIP, as Trustee of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC, | Adv. Pro. No. 18-01309-AJC |
|     Plaintiff, | |
| v. | |
| ANTONIO CARLOS DE GODOY BUZANELI, | |
|     Defendant. | |
| _____/ | |

### DEFAULT FINAL JUDGMENT

This Adversary Proceeding is before the Court on the complaint of Maria Yip, Chapter 7 Trustee, to recover damages against Antonio Carlos De Godoy Buzaneli for breaches of

fiduciary duty. This judgment is entered after entry of default against Antonio Carlos De Godoy Buzaneli dated October 22, 2018 [ECF No. 10] and the Order Granting Trustee's Motion for Entry of Default Final Judgment Against Defendant Antonio Carlos De Godoy Buzaneli. [ECF No. 13]. Accordingly, it is

**ORDERED** and **ADJUDGED**:

1. Plaintiff, Maria Yip, the Chapter 7 Trustee for the bankruptcy estate of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC, whose mailing address is 2 S. Biscayne Blvd., #2690, Miami, Florida 33131, shall recover from Defendant Antonio Carlos De Godoy Buzaneli (Social Security #XXX-XX-1047), whose mailing address is Sherburne County Jail, 13880 Business Center Drive NW, Suite 200, Elk River, Minnesota 55330-1692, the amount of $49,511,186 pursuant to this Default Final Judgment, for which let execution issue.

2. This Default Final Judgment shall accrue interest until paid in full at the prevailing interest rate established under 28 U.S.C. § 1961, which rate is currently 2.57% per annum.

3. The jurisdiction of this Court is retained to enforce this Default Final Judgment, as well as to enter further orders as necessary, including, but not limited to, issuance of post-judgment discovery, writs, and any other execution orders necessary.

###

Submitted by:
Luis R. Casas, Esq.
Counsel for Trustee
Akerman LLP
98 Southeast Seventh Street, 11th Floor
Miami, Florida 33131
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: luis.casasmeyer@akerman.com
*(Attorney Casas is directed to mail a conformed copy of this final judgment immediately upon receipt to all parties of interest.)*